# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF VIRGINIA
### Richmond Division

| | |
|---|---|
| IN RE:   Melissa Placeres Navarro, ) | Chapter 7 |
| ) | Case No. 24-32528-KLP |
| Debtor. ) | |
| ) | |
| ) | |
| Argent Federal Credit Union, ) | |
| ) | |
| Movant, ) | |
| ) | |
| v. ) | |
| ) | |
| Melissa Placeres Navarro, ) | |
| ) | |
| and ) | |
| ) | |
| Jennifer J. West, Trustee, ) | |
| ) | |
| Defendants. ) | |

### AGREED ORDER GRANTING RELIEF FROM STAY

Upon consideration of the motion of Argent Federal Credit Union ("Movant"), to modify the automatic stay; it is

ORDERED that the automatic stay imposed by 11 U.S.C. §362 is modified to permit the Movant and its successors and assigns to enforce its rights under its security agreement to lawfully repossess and liquidate certain personal property, to-wit:  2017 Lincoln MKZ VIN 5LMCJ3D98HUL20264.

Edward S. Whitlock, III, Esq., VSB #27811
Jennifer W. Fischer, Esq., VSB #88088
Lafayette Whitlock Fischer Hughes PLC
10160 Staples Mill Road, Suite 105
Glen Allen, Virginia 23060
Telephone: (804) 545-6250
Facsimile: (804) 545-6259
Counsel for Movant

The Clerk is directed to send a copy of this Order upon entry to the undersigned parties.

Done at  Richmond  , Virginia this _____ day of _____, 2025.

    May 22 2025                   /s/ Keith L Phillips
                                               United States Bankruptcy Judge

I ask for this:

Entered On Docket: May 22, 2025

/s/ Edward S. Whitlock, III., Esq.
Edward S. Whitlock, III, Esq., VSB #27811
Jennifer W. Fischer, Esq., VSB #88088
Lafayette Whitlock Fischer Hughes PLC
10160 Staples Mill Road, Suite 105
Glen Allen, Virginia 23060
Telephone: (804) 545-6250
Facsimile: (804) 545-6259
Counsel for Argent Federal Credit Union

Seen and Agreed:


/s/ Daniel J. Webster, Esq., by Edward S. Whitlock, III, Esq., with permission via e-mail
Daniel J. Webster, Esq.
Boleman Law Firm PC
PO Box 11588
Richmond, VA 23230−1588
Counsel for Debtor



/s/ Jennifer J. West, Trustee by Edward S. Whitlock, III, Esq., with permission via e-mail
Jennifer J. West, Trustee
Spotts Fain PC
411 E. Franklin Street, Suite 600
Richmond, VA 23219

## Local Rule 9022-1(C) Certification

I hereby certify that on the 1st day of May 2025 a true copy of the foregoing Agreed Order Granting Relief from Stay was endorsed and/or served upon all necessary parties pursuant to Local Bankruptcy Rule 9022-1(C).

/s/ Edward S. Whitlock, III, Esq.
Counsel for Argent Federal Credit Union

## CERTIFICATION

The undersigned certifies that the foregoing Agreed Order Granting Relief from Stay is identical to the form order required by Administrative 10-2 and that no modifications, additions, or deletions have been made.

/s/ Edward S. Whitlock, III, Esq.
Counsel for Argent Federal Credit Union

Parties to Receive Copies:

Edward S. Whitlock, III, Esq.
Lafayette Whitlock Fischer Hughes PLC
10160 Staples Mill Road, Suite 105
Glen Allen, VA  23060

Daniel J. Webster, Esq.
Boleman Law Firm PC
PO Box 11588
Richmond, VA 23230−1588

Melissa Placeres Navarro
701 Fairlie Road
Colonial Heights, VA 23834

Jennifer J. West, Trustee
Spotts Fain PC
411 E. Franklin Street, Suite 600
Richmond, VA 23219