**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Melissa Placeres Navarro<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–1233<br>EIN   __–_____ |
| Debtor 2<br>(Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN  ____<br>EIN   __–_____ |

United States Bankruptcy Court   Eastern District of Virginia

Case number:   24–32528–KLP

# Discharge of Debtor

12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Melissa Placeres Navarro

June 24, 2025

**For the court:**   Charri S Stewart
Clerk

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

Official Form 318   **Discharge of Debtor**   page 1

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
Eastern District of Virginia

In re:     Case No. 24-32528-KLP

Melissa Placeres Navarro     Chapter 7

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0422-7     User: Elizabeth     Page 1 of 3
Date Rcvd: Jun 24, 2025     Form ID: 318     Total Noticed: 35

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 26, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Melissa Placeres Navarro, 701 Fairlie Road, Colonial Heights, VA 23834-1724 |
| 16667795 | + | Metro Realty, 701 Twin Ridge Lane, Richmond, VA 23235-5270 |
| 16462319 | + | Virginia South Psychiatric and, Family Srvs, PC, 269 Medical Park Blvd, Petersburg, VA 23805-9337 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| tr | + | EDI: FJJWEST | Jun 25 2025 04:43:00 | Jennifer J. West, Spotts Fain PC, 411 E. Franklin Street, Suite 600, Richmond, VA 23219-2200 |
| cr | | Email/Text: bankruptcy@argentcu.org | Jun 25 2025 00:50:00 | Argent Federal Credit Union, P O Box 72, Chesterfield, VA 23832 |
| 16462303 | | Email/Text: bankruptcy@argentcu.org | Jun 25 2025 00:50:00 | Argent Federal Credit Union, Re: Bankruptcy, P.O. Box 72, Chesterfield, VA 23832-0000 |
| 16462302 | | Email/Text: GSBankElectronicBankruptcyNotice@gs.com | Jun 25 2025 00:51:00 | Apple Card - GS bank, Lockbox 6112 PO Box 7247, Goldman Sachs Bank, Philadelphia, PA 19170-6112 |
| 16462304 | + | Email/Text: bk@avant.com | Jun 25 2025 00:52:00 | Avant/Webbank, 222 Merchandise Mart Plz, Suite 900, Chicago, IL 60654-1105 |
| 16667794 | | Email/Text: CSCBNC@cscglobal.com | Jun 25 2025 00:51:00 | Bon Secours Mercy Health, PO Box 630761, Cincinnati, OH 45263-1137 |
| 16462305 | + | EDI: CAPITALONE.COM | Jun 25 2025 04:43:00 | Capital One, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 16495507 | + | EDI: AIS.COM | Jun 25 2025 04:43:00 | Capital One, N.A., by AIS InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 16462306 | + | EDI: CITICORP | Jun 25 2025 04:43:00 | Citi Cards, P.O. Box 6077, Sioux Falls, SD 57117-6077 |
| 16462307 | | EDI: WFNNB.COM | Jun 25 2025 04:43:00 | Comenity Bank/ULTA, P.O. Box 182125, Columbus, OH 43218-2125 |
| 16462308 | | Email/PDF: creditonebknotifications@resurgent.com | Jun 25 2025 00:57:08 | Credit One Bank, P.O. Box 98872, Las Vegas, NV 89193-8872 |
| 16462309 | | EDI: DISCOVER | Jun 25 2025 04:43:00 | Discover Bank, PO Box 15316, Wilmington, DE 19850-5316 |
| 16467781 | | EDI: DISCOVER | Jun 25 2025 04:43:00 | Discover Bank, PO Box 3025, New Albany, OH 43054-3025 |
| 16462310 | + | EDI: PHINGENESIS | Jun 25 2025 04:43:00 | Feb - Destiny, PO Box 4499, Beaverton, OR 97076-4499 |
| 16462311 | + | EDI: AMINFOFP.COM | Jun 25 2025 04:43:00 | First Premier Bank, 3820 N Louise Avenue, Sioux Falls, SD 57107-0145 |

| District/off: 0422-7 | User: Elizabeth | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jun 24, 2025 | Form ID: 318 | Total Noticed: 35 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 16494780 | | EDI: JEFFERSONCAP.COM | Jun 25 2025 04:43:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud MN 56302-9617 |
| 16494664 | | EDI: JEFFERSONCAP.COM | Jun 25 2025 04:43:00 | Jefferson Capital Systems, LLC, PO Box 7999, St Cloud, MN. 56302-9617 |
| 16462312 | + | EDI: JPMORGANCHASE | Jun 25 2025 04:43:00 | JPMorgan Chase Bank, PO Box 24603, Columbus, OH 43224-0603 |
| 16504530 | + | Email/Text: RASEBN@raslg.com | Jun 25 2025 00:51:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz, Schneid,, Crane & Partners, PLLC, 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 16462313 | | Email/PDF: bncnotices@becket-lee.com | Jun 25 2025 01:11:44 | Kohl's, c/o Becket and Lee LLP, P.O. Box 3001, Malvern, PA 19355-0701 |
| 16515695 | | Email/PDF: resurgentbknotifications@resurgent.com | Jun 25 2025 01:11:35 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 16492192 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Jun 25 2025 01:11:35 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 16462314 | + | Email/Text: Mercury@ebn.phinsolutions.com | Jun 25 2025 00:51:00 | Mercury Card FB&T, PO BOx 84064, Columbus, GA 31908-4064 |
| 16462315 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Jun 25 2025 00:56:50 | Merrick Bank, Attn: Bankruptcy Dept., PO Box 9201, Old Bethpage, NY 11804-9001 |
| 16462316 | | EDI: MAXMSAIDV | Jun 25 2025 04:43:00 | Navient, PO Box 300001, Greenville, TX 75403-3001 |
| 16462317 | | EDI: NFCU.COM | Jun 25 2025 04:43:00 | Navy Federal Credit Union, P.O. Box 3000, Merrifield, VA 22119-3000 |
| 16514822 | | EDI: Q3G.COM | Jun 25 2025 04:43:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 16514823 | | EDI: Q3G.COM | Jun 25 2025 04:43:00 | Quantum3 Group LLC as agent for, Mercury Financial/First Bank & Trust, PO Box 788, Kirkland, WA 98083-0788 |
| 16515698 | | Email/PDF: resurgentbknotifications@resurgent.com | Jun 25 2025 00:56:36 | Resurgent Receivables, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 16462318 | + | EDI: SYNC | Jun 25 2025 04:43:00 | SYNCB/Care Credit, C/O PO Box 965036, Orlando, FL 32896-0001 |
| 16462949 | + | Email/Text: USAVAE.Bankruptcynotices@usdoj.gov | Jun 25 2025 00:51:00 | U.S. Attorney, 919 East Main Street, Suite 1900, Richmond, VA 23219-4622 |
| 16462320 | | Email/Text: bankruptcy@webbank.com | Jun 25 2025 00:50:00 | WebBank/Avant, 215 S. State St., Ste 1000, Salt Lake City, UT 84111-2336 |

TOTAL: 32

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 16485231 | *+ | Navy Federal Credit Union, P.O BOX 3000, MERRIFIELD, VA 22119-3000 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and**

**belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 26, 2025   Signature:   /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 24, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Edward S. Whitlock, III | on behalf of Creditor Argent Federal Credit Union ewhitlock@lawplc.com smilburn@lawplc.com;jfischer@lawplc.com;taylor.holloman@lawplc.com;ECFNotices@lawplc.com |
| Jennifer J. West | jjw_trustee@spottsfain.com jjw@trustesolutions.net |
| Laura Taylor Alridge | on behalf of Debtor Melissa Placeres Navarro ecf@bolemanlaw.com ecfbackup@bolemanlaw.com |
| Matthew W. Cheney | USTPRegion04.RH.ECF@usdoj.gov |
| Patrick Thomas Keith | on behalf of Debtor Melissa Placeres Navarro ecf@bolemanlaw.com ecfbackup@bolemanlaw.com;keithpr71011@notify.bestcase.com |

TOTAL: 5